■ The People of the State of New York, Respondent, v Abner Moore, Appellant. [845 NYS2d 753]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered April 8, 2004, convicting him of murder in the second degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction of depraved indifference murder was not supported by legally sufficient evidence is not preserved for appellate review (*see* CPL 470.05 [2]; *People v Petronio,* 34 AD3d 602, 603 [2006]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Goldstein, J.P., Fisher, Carni and McCarthy, JJ., concur.

■ The People of the State of New York, Respondent, v Howard A. Nash, Appellant. [845 NYS2d 752]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullen, J.), rendered January 24, 2006, convicting him of failure to register or verify his status as a sex offender, as a felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Schmidt, J.P., Krausman, Goldstein, Covello and Angiolillo, JJ., concur.